**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

James Hezel,                                                    Civ. No. 25-1294 (JWB/DTS)

     Petitioner,

v.                                                              **ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

B. Eischen, and FPC Duluth,

     Respondents.

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") in this matter on April 27, 2026. (Doc. No. 20.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The April 27, 2026, Report and Recommendation (Doc. No. 20) is **ACCEPTED**.

2.    Petitioner's James Hezel Petition for a Writ of Habeas Corpus under 28 U.S.C § 2241 (Doc. No. 1) is **DENIED as moot.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 23, 2026                    *s/ Jerry W. Blackwell*
                                 JERRY W. BLACKWELL
                                 United States District Judge